BENJAMIN B. WAGNER
United States Attorney
ROBYN N. PULLIO
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>TERRENCE F. ANDERSON,<br><br>             Defendant. | CASE NO. 2:14-cr-00287-EFB<br><br>STIPULATION AND ~~PROPOSED~~ ORDER TO VACATE TRIAL DATE, SET FOR CHANGE OF PLEA AND SENTENCING, AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>DATE:   November 18, 2014<br>TIME:    10:00 a.m.<br>COURT: Hon. Edmund F. Brennan |

IT IS HEREBY STIPULATED AND AGREED between the defendant, TERRENCE F. ANDERSON, by and through his defense counsel, LINDA C. HARTER, and the United States of America, by and through its counsel, Special Assistant United States Attorney ROBYN N. PULLIO, that the trial presently set for November 18, 2014 at 10:00 a.m. should be vacated, and that a change of plea and sentencing be scheduled for December 1, 2014 at 10:00 a.m.  The parties have reached a resolution in this case and are in the process of drafting a plea agreement.

Additionally, because Count One of the Information alleges a Class A misdemeanor, the parties request that this case proceed accordingly, and that the time period from the date of the defendant's initial appearance and arraignment, October 14, 2014, through and including the proposed date for change of plea and sentencing, December 1, 2014, shall be excluded from computation of the time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18

U.S.C. § 3161(h)(7)(A) and (B)(iv) and local Code T4 for defense preparation and finalizing the terms of the plea agreement.  Therefore, the parties stipulate that the Court shall find that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

MS. HARTER has authorized ROBYN N. PULLIO to sign her name to this stipulation.

Dated: November 14, 2014                    /s/ *Linda C. Harter*
                                            LINDA C. HARTER
                                            Attorney for Terrence Anderson

                                            BENJAMIN B. WAGNER
                                            United States Attorney

Dated: November 14, 2014          By: /s/ *Robyn N. Pullio*
                                            ROBYN N. PULLIO
                                            Special Assistant U.S. Attorney

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

2

ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

It is hereby ordered that the trial presently set for November 18, 2014 at 10:00 a.m., be vacated, and that a change of plea and sentencing date be set for December 1, 2014 at 10:00 a.m.

It is further ordered that the time period from the date of the defendant's initial appearance and arraignment, October 14, 2014, through and including the proposed date for change of plea and sentencing, December 1, 2014, shall be excluded from computation of the time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and local Code T4 for defense preparation and finalizing the terms of the plea agreement.  The Court finds that (1) the failure to grant the requested continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (2) the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial.


DATED:  November 14, 2014

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

///
///
///
///
///
///
///
///
///
///
///

3